UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISRAEL VELASQUEZ-MARQUEZ, | ) |
| | ) CASE NO. C13-1093-JCC-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER RE: MOTION FOR |
| | ) EXTENSION OF TIME |
| STEVEN SINCLAIR, | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

Petitioner proceeds *pro se* and *in forma pauperis* in this habeas matter pursuant to 28 U.S.C. § 2254. Now before the Court is petitioner's construed motion for an extension of time. (Dkt. 20.) Having considered that motion, the Court finds and concludes as follows:

(1) Petitioner submitted a letter to the Court in which he appears to request an extension of time in which to obtain assistance. However, petitioner has no pending deadlines. Instead, respondent has a deadline to submit a response to petitioner's pending habeas petition. (*See* Dkt. 16.) Accordingly, petitioner's construed motion for an extension of time (Dkt. 20) is hereby STRICKEN from the docket.

ORDER
PAGE -1

(2)     The Court notes two other issues raised by petitioner's letter.    First, the letter is written in Spanish.   Petitioner is advised to seek assistance from either the facility where he is incarcerated or from fellow inmates so that he may submit documents to the Court written in English.    The failure to obtain such assistance will prevent the Court from adequately considering any submissions from petitioner.    Second, petitioner failed to include a Certificate of Service with his letter.   Petitioner is reminded, as set forth in the Order Directing Service, that any document filed with the Court must be accompanied by proof it has been served upon all parties that have entered a notice of appearance in this matter.   Petitioner must, therefore, mail to counsel for defendants a copy of anything he files in this matter and attest to that service in the document filed with the Court.

(3)     The Clerk is directed to send copies of this Order to petitioner and counsel for respondent.   The Clerk is further directed to send a copy of this Order to the Honorable John C. Coughenour.

DATED this 23rd day of September, 2013.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

ORDER
PAGE -2