THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISRAEL VELASQUEZ-MARQUEZ,<br><br>Petitioner,<br><br>v.<br><br>STEVEN SINCLAIR,<br><br>Respondent. | CASE NO. C13-1093-JCC<br><br>ORDER |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge. (Dkt. No. 25.) The Court previously granted Petitioner an extension of time to file objections to Judge Theiler's Report and Recommendation. (*See* Dkt. No. 27.) However no objections, or additional motions for an extension of time, have been forthcoming. Accordingly, having thoroughly considered the Report and Recommendation, the briefing of the parties, and the remainder of the record, the Court does hereby FIND AND ORDER:

1) The Court ADOPTS the Report and Recommendation;
2) Petitioner's habeas petition is DENIED and this action is DISMISSED with prejudice;
3) Petitioner is DENIED issuance of a certificate of appealability;
4) The Clerk is directed to send copies of this Order to Petitioner, to counsel for

ORDER
PAGE - 1

1  respondent, and to Judge Theiler.

2  DATED this 18th day of February 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2